Decided September 28, 1995

## STATE OF CONNECTICUT *v.* SHAWN ROBINSON

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 598 (AC 11350), is granted, limited to the following issue:

"Whether, under the state or federal constitution, a *Batson* objection must be made immediately following the voir dire of the challenged venireperson lest it be waived?"

The Supreme Court docket number is SC 15313.

*Deborah L. DeHart Cannavino,* in support of the petition.

*Nancy L. Gillespie,* deputy assistant state's attorney, in opposition.

Decided September 28, 1995